

✔ **RECEIVED**

**THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

APR 22 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| WANDA WILLIAMS | ) | CIVIL ACTION |
| Plaintiff | ) ) | |
| v. | ) | CASE NO. |
| U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST | ) ) ) ) | 1:22-cv-02105 Judge Andrea R. Wood Magistrate Judge Heather K. McShain RANDOM |
| Defendant | | |

## COMPLAINT OF HOUSING DISCRIMINATION

Plaintiff, WANDA WILLIAMS (hereinafter " Wanda Williams") COMPLAINT OF HOUSING DISCRIMINATION of U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST (hereinafter "U.S. Bank ") by and through its attorneys Diaz, Anselmo, Linberg, & Associates, LLC, and for her Complaint of Housing Discrimination and Credit Discrimination states as follows:

### JURISDICTIONAL STATEMENT

The Plaintiff, brings this action pursuant to 42 USC 3601 of the Fair Housing Act, and 15 USC 1691(a)(e) of the Equal Credit Opportunity Act

### PARTIES

1. The Plaintiff, WANDA WILLIAMS, is a residence of the County of Cook, in the State of Illinois

2. Attorneys for the Defendant, U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST are Diaz, Anselmo, Linberg & Associates, LLC. 1771 W. Diehl Rd. Ste 120, Naperville, Il. 60563-4947

1

## **PRELIMINARY FACT STATEMENT**

1. The Plaintiff, "Wanda Williams," is retired and has been in her home for 14 years. Her pension is direct deposit and therefore, on July 25, 2017, the plaintiff, agreed to Automatic Electronic Funds Transfers to pay the note on her mortgage (Ex. A)

2. The reoccurring transfers continued until July 1, 2018, (Ex. B1- B3)

3. On July 15, 2018, a lender requested an interim payment and the plaintiff, complied and mailed a cashier's check on August 1, 2018 (Ex. C)

4. On August 23, 2018, the lender cashed the Plaintiff, "Wanda Williams'" certified check (Ex. D)

5. On October 1, 2018, the lender withdrew $658.00 from the Plaintiff, "Wanda Williams," bank account, put the payment on hold, then alleged she was in default, and initiated foreclosure proceeding. As of April 1, 2022, the plaintiff's payment is still unapplied(Ex. E 1 – E2) The plaintiff, believes these violations of the Electronic Funds Transfer Act and the Fair Debt Collection Procedures Act, and these discrimination practices were imposed upon her for no justifiable reason

## CREDIT DISCRIMINATION

6. On November 1, 2018, after the lender put the Plaintiff', "Wanda Williams" payment on hold, it sent loss mitigation packages and practiced credit discrimination by denying a loan modification for 14 months (Ex. F)

7. On December 27, 2019, J.P. Morgan filed foreclosure proceedings in Chancery Court Case No. 19CH 14930, against the plaintiff, "Wanda Williams" only to guarantee disparity in housing because of her race, color and age

8. In an effort to keep her home of 14 years on May 1, 2020, the Plaintiff, "Wanda Williams", filed a Chapter 13, bankruptcy payment plan that was approved by the Federal Bankruptcy Court (see Case 20B10324) However, from May 5, 2021, until July 27, 2020, the Defendant, "U.S. Bank" filed a false objection to the payment plan along and two false proof of claims (Exhibit G)

9. The Defendant, "U.S. Bank's claims against the note were denied. .(Exhibit H)

10. On December 8, 2020, the Defendant "U.S. Bank," motion for reconsideration was denied and the debt on the mortgage note was disallowed.(Exhibit I)

11. The Plaintiff, believed, "U.S. Bank" should have received sanctions for the false claims against the plaintiff's note under the Recording Act and the Grace Period Act

## DISCRIMINATION IN HOUSING

12. The Defendant, "U.S. Bank's" debt was disallowed and its' security instrument is also void because there was no record of a corporate assignment between J.P. Morgan and the Defendant, "U.S. Bank." Under Illinois law, deeds do not take effect as to creditors as subsequent purchasers without notice until the instrument is recorded. Unrecorded Deeds are Void. (*see 765 ILCS 5/28 and 765 ILCS 5/31.* **Recording of Deeds.** Therefore, according to the Federal Bankruptcy Court case no. 20 B 10324, the claim of a note by the Defendant, "U.S. Bank" was discharged and according to Illinois law the recording of the deed is void.

13. However, to guarantee disparity in housing J.P. Morgan continued its foreclosure proceedings for the same note from December 27, 2019, until March 23, 2021. (see Chancery Court Docket) (Ex. I). On March 23, 2021, J.P. Morgan and the Defendant, "U.S. Bank" floundered the Federal Court decision when it substituted

attorneys and party plaintiff in the State Chancery foreclosure proceedings and committed Res judicata to allow the Defendant, "U.S. Bank" to continue to impose discriminatory practices upon the Plaintiff, "Wanda Williams" because of her race.(Ex. J)

14. June 20, 2021, the Defendant "U.S. Bank," filed an "Affidavit of Amount Due and Owing" that prove it knowingly took the Plaintiff's payment and, refuse to dismiss the foreclosure proceedings in State Court 19Ch14930, so it may continue discriminatory practices.   As a matter of law, the plaintiff never defaulted on her note and therefore, this foreclosure proceeding should have been dismissed.

15. The Plaintiff "Wanda" further claims the conduct of the Defendant, "U.S. Bank" know the filings are false and done with the intent to  guarantee inequity in housing because of her race

16. The Plaintiff, "Wanda" further claims she continues to suffer emotional distress from fear she will loose her home after 15 years and thrown into the street through fraud because of her race, color, sex and disability

17. As a result of the discriminatory practices the Plaintiff, "Wanda Williams" has suffered substantial damages in a unspecified amount.

WHEREFORE,  the plaintiff, Wanda Williams prays as follows:

A. That judgment be entered against the defendant, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, for discriminatory practice in credit and housing  practices
B. For preliminary, temporary, and permanent injunctive relief.
C.  The plaintiff, Wanda Williams be awarded compensatory damages in the amount of $100,000.00

D.  Punitive damages in the amount of $1,000,000.00
E.  Plus interest, cost, fees, and for such other and further relief as the court may deem appropriate, just, and equitable.

Dated: April 29, 2022

Respectfully submitted

By _Wanda Williams_

WANDA WILLIAMS

Non attorney
Pro-Se Plaintiff -Wanda Williams
10129 S. Indiana Avenue
Chicago Illinois 60628

The State of Illinois )

County of Cook )

Wanda Williams being first duly sworn on oath deposes that she is the Plaintiff in the above complaint and that she has read the complaint and has knowledge of the contents, and they are true.

## CERTIFICATION

Under the penalties as provided by law, pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in the instrument are true and correct.

5

" EXHIBIT A "



**BAYVIEW**® LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

## Confirmation of Electronic Funds Transfer Authorized via Telephone for Bayview Flex Pay

This is a copy of the **Authorization for Recurring Electronic Funds Transfers** that you provided to us over the telephone. If you have any questions, contact Customer Service at **1-800-457-5105** or visit www.BayviewLoanServicing.com. Please note that Bayview reserves the right to discontinue this service without prior notice.

| | |
|---|---|
| Date of Telephone Authorization: | *2017-07-25* <br> Note – the above Authorization Date is not reflective of the first date of withdrawal. See "Date of First Withdrawal" below. |
| Loan Number: | ~~0000622607~~ |
| Borrower Name: | WANDA WILLIAMS |
| Mailing Address: | 10129 S Indiana Ave <br> Chicago, IL 60628-2127 |
| Name on the Bank Account: | WANDA WILLIAMS |
| Bank Routing Number (ABA Number): | 271070924 |
| Bank Account Number (Last 4 digits): | 3386 |
| Authorized Amount and Frequency of Withdrawal: | $671.11 withdrawn Monthly |
| Date of First Withdrawal: | 2017-10-01 |
| End Date: | 2022-10-01 [Note – the End Date cannot be more than five (5) years from the Authorization Date.] |
| How to cancel your authorization: | If you wish to cancel this authorization, you must notify us either by telephone at 1(800) 457-5105 or in writing, sent to Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146. Cancellation by phone will be effective on the day of the call if received during business hours Monday – Friday and at least one business day prior to the next scheduled withdrawal. Cancellation by mail will be effective one business day following the date of Bayview's receipt of the notice, if the day of receipt is at least 2 business days prior to the next scheduled withdrawal. Notices received outside these time frames will not take effect until the following scheduled withdrawal date. |

If the scheduled withdrawal date does not fall on a business day, your account will be debited on the next business day. All due dates and late payment fees will continue to apply as per the terms of your loan agreement, which means that if the total amount of payments received by Bayview as of your monthly due date is less than the monthly payment due, late payment fees will apply as per the terms of your loan agreement.

1. You have authorized Bayview Loan Servicing, its successors and assigns (BLS), to debit the above Bank Account in the amount and frequency identified above via an Automatic Clearing House (ACH) transaction.

2. If there is a change in your monthly mortgage payment amount (e.g., due to a change in interest rates or requirements for funding escrow), BLS will notify you of the change and that it will impact the amount of each periodic withdrawal authorized above. You have agreed that, so long as you have been notified in advance that the withdrawal amount will be changed, BLS is authorized to debit your account for the new amount pursuant to this Authorization.

3. If the ACH debit transaction is rejected due to insufficient funds in your bank account you may be, subject to applicable law, assessed a non-sufficient funds (NSF) fee. If assessed, any such NSF fee will appear on your next monthly statement.

4. Both you and BLS have the right to cancel this program at any time. You must notify BLS of your desire to cancel this authorization as set forth above.

1. In the case your loan is transferred to another servicer(s), you authorize the subsequent servicer(s) to continue automated drafting using the same terms of this agreement.

OP839 Bayview ACH Telephone Authorization Confirmation Letter V 1.1 Loan No.: 0000622607   01076

**EXHIBIT B**



**Illinois Service Federal**
**Savings and Loan Association**
4619 S. Dr Martin Luther King Jr. Dr.
Chicago, Illinois 60653
Phone (773) 624-2000 / Fax (773) 624-5340

| Account Number | Deposits | Statement Date | Checks | Page |
|---|---|---|---|---|
| X XXXXX338 6 | 0 | June 30, 2018 | 0 | 1 of 1 |

WANDA M WILLIAMS-MITCHELL TRUSTEE FOR     8
10129 S INDIANA
CHICAGO IL 60628

### X XXXXX338 6 — Passbook Savings Summary — 6/1/2018 ~ 6/30/2018

| Previous Balance | Y-T-D Interest | Deposits No. | Amount | Withdrawals No. | Amount | Ending Balance |
|---|---|---|---|---|---|---|
| 18.08 | 0.00 | 2 | 1,672.11 | 5 | -1,681.11 | 9.08 |

### Other Deposits and Withdrawals Passbook Savings

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | Previous Balance | | | 18.08 |
| 06-01 | OPM1 TREAS 310   X2CIV SERV | 1,650.11 | | |
| 06-01 | MAIN OFFICE WITHDRAWAL | | -350.00 | |
| 06-04 | WU BAYVIEWLOAN   WU/BAYVIEW | | -671.11 | |
| 06-06 | IRS TREAS 310   TAX REF | 22.00 | | |
| 06-06 | MAIN OFFICE WITHDRAWAL | | -400.00 | |
| 06-06 | MAIN OFFICE WITHDRAWAL | | -200.00 | |
| 06-14 | CHATHAM OFFICE WITHDRAWAL | | -60.00 | |
| | Ending Balance | | | 9.08 |

### Daily Balance Summary for Passbook Savings

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 06-01 | 1,318.19 | 06-04 | 647.08 | 06-06 | 69.08 | 06-14 | 9.08 |

### Balances and Fees

| | | | |
|---|---|---|---|
| Low Balance (06-14-2018) | 9.08 | Average Balance | 198.52 |
| Interest Paid This Year: | 0.00 | Current Interest Rate: | 0.00% |
| Average Collected Balance: | 198.52 | | |

| Total Assessed This Cycle: | | Total Assessed This Year: | |
|---|---|---|---|
| Total Returned Item Fees | 0.00 | Total Returned Item Fees | 0.00 |
| Total Overdraft Fees | 0.00 | Total Overdraft Fees | 0.00 |

### Statement Summary

| Account Number | Account Name | Beginning Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|---|
| X XXXXX338 6 | Passbook Savings | 18.08 | 1,672.11 | -1,681.11 | 0.00 |
| | Totals | 18.08 | 1,672.11 | -1,681.11 | 0.00 |

 

Checking - 0324

**GN BANK**
*The People's Bank*

4619 S. Dr Martin Luther King Jr Dr
Chicago, Illinois 60653
Phone (773) 624-2000
Fax (773) 624-5340

| Account Number | Deposits | Statement Date | Checks | Page |
|---|---|---|---|---|
| X XXXXX338 6 | 0 | July 31, 2018 | 0 | 1 of 1 |

WANDA M WILLIAMS-MITCHELL TRUSTEE FOR     3
10129 S INDIANA
CHICAGO IL 60628

## X XXXXX338 6 — Passbook Savings Summary    7/1/2018 – 7/31/2018

| Previous Balance | Y-T-D Interest | Deposits No. | Amount | Withdrawals No. | Amount | Ending Balance |
|---|---|---|---|---|---|---|
| 9.08 | 0.00 | 1 | 1,647.47 | 5 | -1,651.11 | 5.44 |

## Other Deposits and Withdrawals Passbook Savings

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | Previous Balance | | | 9.08 |
| 07-02 | OPM1 TREAS 310  X2CIV SERV | 1,647.47 | | |
| 07-02 | CHATHAM OFFICE WITHDRAWAL | | -800.00 | |
| 07-03 | WU BAYVIEWLOAN  WU/BAYVIEW | | -671.11 | |
| 07-03 | CHATHAM OFFICE WITHDRAWAL | | -100.00 | |
| 07-10 | CHATHAM OFFICE WITHDRAWAL | | -60.00 | |
| 07-21 | CHATHAM OFFICE WITHDRAWAL | | -20.00 | |
| | Ending Balance | | | 5.44 |

## Daily Balance Summary for Passbook Savings

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 07-01 | 9.08 | 07-03 | 85.44 | 07-10 | 25.44 | 07-21 | 5.44 |
| 07-02 | 856.55 | | | | | | |

## Balances and Fees

| | | | |
|---|---|---|---|
| Low Balance (07-21-2018) | 5.44 | Average Balance | 58.17 |
| Interest Paid This Year: | 0.00 | Current Interest Rate: | 0.00% |
| Average Collected Balance: | 58.17 | | |

| Total Assessed This Cycle: | | Total Assessed This Year: | |
|---|---|---|---|
| Total Returned Item Fees | 0.00 | Total Returned Item Fees | 0.00 |
| Total Overdraft Fees | 0.00 | Total Overdraft Fees | 0.00 |

## Statement Summary

| Account Number | Account Name | Beginning Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|---|
| X XXXXX338 6 | Passbook Savings | 9.08 | 1,647.47 | -1,651.11 | 5.44 |
| | Totals | 9.08 | 1,647.47 | -1,651.11 | 5.44 |



FDIC          Checking - 0324

**EXHIBIT C**



P.O. Box 55004
Irvine, CA 92619-2708
866.699.5600 toll free
949.341.0777 local
949.341.2300 fax
www.rushmore.com

## Interim Payment Coupon

Dear Mortgagor(s)

The date that your present servicer Bayview Loan Servicing, LLC will stop accepting your payments is 07/31/2018. Send all payments due after that date to Rushmore Loan Management Services LLC. A billing statement from Rushmore will be mailed to you within 15 to 30 days.

If you have not made your 08/01/2018 payment and it is or becomes due to receipt of the standard billing statement, please use the interim coupon below. We have enclosed an envelope for your convenience.

You should receive your standard billing statement (with coupon) prior to your next payment due date





(Keep a copy for your records)
Please mail so that it reaches us by the due date.

OFFICIAL CHECK                    318737



Date: 08/01/2018

# CUSTOMER COPY

For:                                                                671.11
Remitter: Wanda Williams, loan no.

**RUSHMORE LOAN MANAGEMENT
SERVICES LLC*****



4619 S. Dr Martin Luther King Jr Dr
Chicago, Illinois 60653
Phone (773) 624-2000
Fax (773) 624-5340

*The People's Bank*

| Account Number | Deposits | Statement Date | Checks | Page |
|---|---|---|---|---|
| X XXXXX338 6 | 1 | October 31, 2018 | 0 | 1 of 1 |

WANDA M WILLIAMS-MITCHELL TRUSTEE FOR     4
10129 S INDIANA
CHICAGO IL 60628

## Passbook Savings Summary

| Previous Balance | Y-T-D Interest | Deposits No. | Amount | Withdrawals No. | Amount | Ending Balance |
|---|---|---|---|---|---|---|
| 394.43 | 0.00 | 2 | 1,947.47 | 8 | -2,328.72 | 13.18 |

## Other Deposits and Withdrawals Passbook Savings

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | Previous Balance | | | 394.43 |
| 10-01 | OPM1 TREAS 310  X2CIV SERV | 1,647.47 | | |
| 10-01 | RLMS         RLMS ACH | | -658.72 | |
| 10-01 | CHATHAM OFFICE WITHDRAWAL | | -300.00 | |
| 10-02 | CHATHAM OFFICE WITHDRAWAL | | -300.00 | |
| 10-03 | MAIN OFFICE WITHDRAWAL | | -300.00 | |
| 10-05 | CHATHAM OFFICE WITHDRAWAL | | -80.00 | |
| 10-09 | CHATHAM OFFICE WITHDRAWAL | | -340.00 | |
| 10-09 | CHATHAM OFFICE WITHDRAWAL | | -50.00 | |
| 10-12 | CHATHAM OFFICE DEPOSIT | 300.00 | | |
| 10-12 | CHATHAM OFFICE WITHDRAWAL | | -300.00 | |
| | Ending Balance | | | 13.18 |

## Daily Balance Summary for Passbook Savings

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 09-30 | 394.43 | 10-02 | 783.18 | 10-05 | 403.18 | 10-12 | 13.18 |
| 10-01 | 1,083.18 | 10-03 | 483.18 | 10-09 | 13.18 | | |

## Balances and Fees

| | | | |
|---|---|---|---|
| Low Balance (10-09-2018) | 13.18 | Average Balance | 160.72 |
| Interest Paid This Year: | 0.00 | Current Interest Rate: | 0.00% |
| Average Collected Balance: | 160.72 | | |

| Total Assessed This Cycle: | | Total Assessed This Year: | |
|---|---|---|---|
| Total Returned Item Fees | 0.00 | Total Returned Item Fees | 35.00 |
| Total Overdraft Fees | 0.00 | Total Overdraft Fees | 0.00 |

## Statement Summary

| Account Number | Account Name | Beginning Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|---|
| X XXXXX338 6 | Passbook Savings | 394.43 | 1,947.47 | -2,328.72 | 13.18 |
| | Totals | 394.43 | 1,947.47 | -2,328.72 | 13.18 |

 

Checking - 0324



# Mortgage Statement

**Rushmore Loan Management Services**
PO Box 514707
Los Angeles, CA 90051
www.rushmorelm.com
(888) 504-6700

| Statement Date: | 03/11/2022 |
|---|---|
| Account Number | 7601729491 |
| Payment Due Date | 04/01/2022 |
| Payments received after the statement date are not reflected. | |
| **Reinstatement Amount Due** [8] | **$49,958.16** |
| If payment is received after 04/16/2022, a $13.06 late fee will be charged. | |

AB 01 070807 07823 B 312 B
WANDA WILLIAMS
ESSIE J GREEN
10129 S INDIANA AVE
CHICAGO, IL 60628-2127

## Notice

Rushmore Loan Management Services LLC is a Debt Collector attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion. Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

## Account Information

| | |
|---|---|
| Property Address: | 10129 SOUTH INDIANA AVENUE CHICAGO, IL 60628 |
| Outstanding Principal [3] | $94,242.66 |
| Interest Rate (Until 09/01/2022) | 2.00000% |
| Recoverable Advances [4] | $20,954.90 |
| Prepayment Penalty | No |

## Explanation of Amount Due [5]

| | |
|---|---|
| Overdue Payments | $28,668.18 |
| Total Fees and Charges | $335.08 |
| Recoverable Advances [4] | $20,954.90 |
| **Reinstatement Amount Due** [8] | **$49,958.16** |
| **Reinstatement Amount As Of** [8] | 03/11/2022 |
| Partial Payment (Unapplied) [1] | $658.72 |
| **Acceleration Amount** [8] [9] | **$134,360.85** |
| **Acceleration Amount As Of** [8][9] | 03/11/2022 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) [1] | $0.00 | $0.00 |
| Recoverable Advances [4] | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |



## Your Mortgage. Simplified.

- Easy and free payment options
- Instant access to your loan information
- Account alerts to stay informed

*Move to Rushmore's new online and mobile experience today!*

Sign up at **MyRushmoreLoan.com**, or search "**My Rushmore Loan**" in the Apple App Store or Google Play

## If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. Rushmore Loan Management Services LLC is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused and we believe in providing the highest level of customer care. We treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at (888) 504-7300 to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you. We encourage all of our customers to continue to visit our website (www.rushmorelm.com) to access loan information, make payments, download forms, or obtain answers to questions about your account.

**EXHIBIT D**



**EXHIBIT E**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                )
                                      )
WANDA MARIE WILLIAMS,                 )       Bankruptcy No. 20 B 10324
                                      )       Chapter 13
                                      )       Judge Donald R. Cassling
Debtor.                               )

### ORDER DENYING U.S. BANK'S MOTION FOR RECONSIDERATION

U.S. Bank moves for reconsideration ("Motion," Dkt. No. 84) of the Court's order ("Order," Dkt. No. 75) disallowing its proof of claim. Having considered the Motion and heard the arguments of counsel and pro se Debtor, the Court denies reconsideration of the Order.

In support of the Motion, U.S. Bank attached a short affidavit and a letter from its loan servicer to Debtor asserting that the prior mortgagee transferred the mortgage loan to U.S. Bank before Debtor filed for bankruptcy. But this letter was already in the record from prior motion practice. (E.g., Debtor's Mot. Ex. A ("Transfer Letter"), Dkt. No. 16.) The Court already considered the significance of the Transfer Letter in adjudicating the objection to U.S. Bank's proof of claim, citing it three times in the Order. (See Order at pp. 2-3.) For this reason, the post-ruling resubmission of the Transfer Letter "is merely cumulative" and does not justify reconsideration. 11 CHARLES A. WRIGHT ET AL., FED. PRAC. & PROC. § 2859 (3d ed. 2020). And so, the only potentially dispositive submission is the affidavit of Diana Shaner, Assistant Vice President of Rushmore Loan Management Services, LLC. She asserts that:

(1) U.S. Bank is the owner of the mortgage loan (Aff. ¶¶ 1, 7);
(2) her review of Rushmore's records showed that U.S. Bank bought the mortgage loan pre-bankruptcy (¶ 3); and
(3) the Transfer Letter "indicates" that the sale occurred on March 30, 2020.

Significantly, her affidavit provides no corroborating evidence or documentation that the sale occurred on March 30, 2020. Instead, Shaner vaguely asserts that she reviewed other, unspecified documents to prepare the affidavit, and that she could competently testify about these matters if called to do so. (Aff. ¶ 2.) But even if her unsupported statements were true, they would not merit granting the Motion; they would undercut it.

Section 502(j) provides for reconsideration for cause and action by the Court "according to the equities of the case." 11 U.S.C. § 502(j). The standards in Federal Rule 59 govern the reconsideration of a bankruptcy court's order resolving a claim objection until the time for filing an appeal lapses, and Federal Rule 60 governs afterward. See In re United Airlines, Inc., 318 Fed. Appx. 429, 431 (7th Cir. 2009); Hawxhurst v. Pettibone Corp., 40 F.3d 175, 179 (7th Cir. 1994). Because U.S. Bank waited nearly two months after entry of the Order to file the Motion, Federal Rule 60(b) controls. See FED. R. BANKR. P. 8002(a)(1) (appeal from an order of a

bankruptcy court must be taken within 14 days). This "relief is an extraordinary remedy and is granted only in exceptional circumstances." *Karraker v. Rent-A-Ctr., Inc.*, 411 F.3d 831, 837 (7th Cir. 2005) (quoting *Cincinnati Ins. Co. v. Flanders Elec. Motor Serv., Inc.*, 131 F.3d 625, 628 (7th Cir.1997)). For that reason, "[i]n requesting reconsideration [of an order disallowing a claim], the movant should state [its] grounds in the moving pleading with some detail." 4 COLLIER ON BANKRUPTCY ¶ 502.11[5] (Alan N. Resnick & Henry J. Sommer eds., 16th ed. 2020).

Under Federal Rule 60, the Court could have reconsidered the Order if U.S. Bank had brought forward "newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b)" or presented "any other reason that justifie[d] relief." FED. R. CIV. P. 60(b)(2), (6); *see also* FED. R. BANKR. P. 9023 (reducing to 14 days the window to file a Federal Rule 59(b) motion in bankruptcy matters). Taking the allegations in Ms. Shaner's affidavit as true, the Motion fails the first test because the facts asserted in the affidavit were obviously known to U.S. Bank since March 2020. Federal Rule 60(b)(2) "does not provide a vehicle for a party to undo its own procedural failures, which is precisely what [the movant] attempts in the motion here." *Harrington v. City of Chi.*, 433 F.3d 542, 546 (7th Cir. 2006) (internal quotation omitted); *see also Peacock v. Bd. of Sch. Com'rs of City of Indianapolis*, 721 F.2d 210, 213 (7th Cir. 1983) (explaining that a court may apply Federal Rule 59 precedents to Federal Rule 60(b)(2) motions).

U.S. Bank has been on notice for months that Debtor challenged the validity of its ownership of the mortgage loan. The Court repeatedly highlighted on the record the evidentiary deficiencies regarding U.S. Bank's ownership, and repeatedly directed U.S. Bank to file documents proving that it held the mortgage loan. As described in the Order, U.S. Bank only tried to make that court-directed showing after the claims bar date lapsed. But that was too little and too late under the Bankruptcy Code and Rules. (*See* Order at pp. 5-6.)

In the Motion, U.S. Bank essentially repeats the arguments it raised to entry of the Order. But it now claims that its original assertion that it acquired the mortgage loan on July 27, 2020, was wrong, and that it really gained ownership of the mortgage loan on March 30, 2020. But U.S. Bank did not identify any document (other than the Transfer Letter) that purports to support this assertion, which also "runs aground on the requirement, explicit in Rule 60(b)(2) itself, of due diligence." *Mumford v. Bowen*, 814 F.2d 328, 330 (7th Cir. 1986). If the (so far unidentified) documents necessary for U.S. Bank to prove its ownership of the mortgage loan were, in fact, in the possession of its loan servicer ab initio, then it cannot now seek relief under Federal Rule 60(b) after inexcusably failing to have brought them forward earlier. *See, e.g., Hammonton Inv. & Mortg. Co. v. Morco, Ltd.*, 452 F.2d 119, 122 (7th Cir. 1971) (parties cannot introduce under Federal Rule 60(b)(2) documents that existed at the time a court renders its decision); *accord Manos v. Trans World Airlines, Inc.*, 324 F. Supp. 470, 489 (N.D. Ill. 1971) (letter found in defendant's own files). In short, U.S. Bank has failed to make a showing that warrants reconsideration of the Order.

Federal Rule 60(b)(6) is also unavailing to U.S. Bank. "To justify relief under subsection (6), a party must show 'extraordinary circumstances' suggesting that the party is faultless in the delay." *Pioneer Inv. Servs. Co. v. Brunswick Associates Ltd. P'ship*, 507 U.S. 380, 393 (1993). The catch-all "provision is not an appropriate place to slip in arguments that should have been made earlier." *Karraker*, 411 F.3d at 837. Instead, "a more compelling showing of inequity

2

DEF. EXhbit "C2"

or hardship is necessary" than under the first five subsections of Federal Rule 60(b). *See Cincinnati Ins. Co. v. Flanders Elec. Motor Serv., Inc.*, 131 F.3d 625, 631 (7th Cir. 1997). For the reasons already stated, U.S. Bank cannot meet this even higher bar.

Having denied the Motion, the Court reminds U.S. Bank that it retains a powerful remedy notwithstanding its multiple failures to establish its ownership of the mortgage loan within the time that the Bankruptcy Code and Rules allowed. Despite the Court's disallowance of U.S. Bank's claim, the lien from the mortgage loan on Debtor's home will survive this bankruptcy case. *E.g., Dewsnup v. Timm*, 502 U.S. 410, 418 (1992). The only practical difference to U.S. Bank's position is that U.S. Bank cannot pursue a deficiency judgment against Debtor if she obtains a discharge. As a result, should U.S. Bank choose to do so, it may move to lift the automatic stay and then foreclose its lien in state court. Because Debtor stated in open court that she would not pursue an enlargement of time to file a claim on behalf of U.S. Bank (as discussed in the Order) and her amended plan (Dkt. No. 82) does not treat the mortgage loan, U.S. Bank should have little difficulty establishing its right to do exactly that.

**ENTERED:**

DATE:___December 11, 2020___

*Donald R. Cassling*
_____
**Donald R. Cassling**
**United States Bankruptcy Judge**

3

DEF. EXhbit "C3"

**EXHIBIT F**

Hearing Date: 2/25/2020 10:00 AM - 10:00 AM
Courtroom Number: 2801
Location: District 1 Court
Cook County, IL

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – CHANCERY DIVISION

J.P. MORGAN MORTGAGE ACQUISITION CORP.

Plaintiff

v.

ESSIE J GREEN; WANDA WILLIAMS;
UNKNOWN OWNERS AND NON RECORD
CLAIMANTS

Defendant

Case Number: **2019CH14930**
Property: 10129 South Indiana Avenue,
Chicago, IL 60628

FILED
12/27/2019 9:20 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH14930

## COMPLAINT TO FORECLOSE MORTGAGE
## AGAINST RESIDENTIAL REAL PROPERTY

NOW COMES Plaintiff, J.P. MORGAN MORTGAGE ACQUISITION CORP., by and through its attorneys, POTESTIVO & ASSOCIATES, P.C., and pursuant to 735 ILCS 5/15-1101 et seq., for its Complaint to Foreclose Mortgage against Defendants, and states as follows:

1. Plaintiff files this Complaint to Foreclose the mortgage, trust deed or other conveyance in the nature of a mortgage (hereinafter called "Mortgage") hereinafter described, and joins the persons named in the caption as "Defendants", as parties hereto.

2. Attached as "EXHIBIT A" is a true copy of the Mortgage, Attached as "EXHIBIT B" is a true copy of the Note secured thereby, Attached as "EXHIBIT C" are the Assignment(s) of Mortgage.

3. Information concerning said Mortgage:

    A. Nature of instrument: Mortgage

    B. Date of Mortgage: August 24, 2007

    C. Name of mortgagor(s): Wanda Williams, a single person and Essie J. Green, a single person

    D. Name of mortgagee: DRAPER AND KRAMER MORTGAGE CORP.

    E. Date and place of recording: Recorded on September 19, 2007 in the Office of the Cook County Recorder of Deeds

    F. Identification of Recording: Document No. 0726211111

G.   Interest subject to the mortgage: Fee simple

H.   Amount of original indebtedness: $113,223.00

I.   Both the legal description of mortgaged real estate and the common address or other information sufficient to identify it with reasonable certainty:

   **(1) Legal Description:**

   LOT 5 IN FREDERICH H. BARTLETT'S GREATER CHICAGO SUBDIVISION NUMBER 1, BEING A SUBDIVISION OF ALL THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 10, TOWNSHIP 37 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN AND ALL OF THAT PART OF THE SOUTHEAST QUARTER OF SECTION 10 LYING WEST AND ADJOINING THE CENTRAL ILLINOIS RAILROAD RIGHT OF WAY (EXCEPT THE NORTH 33, 277 ACRES THEREOF), IN COOK COUNTY, ILLINOIS.

   **(2) Commonly known as:** 10129 South Indiana Avenue, Chicago, IL 60628

   **(3) Permanent Index Number:** 25-10-318-010-0000

J.   <u>Statement as to defaults</u>:

   Unpaid Principal:     $94,242.66
   Total Balance Due:    $104,690.18
   Per Diem:             $5.16
   Date of Calculation:  December 19, 2019
   Loan due for:  September 1, 2018.

K.   Name of present owner of the real estate: WANDA M. WILLIAMS

L.   Names of persons in addition to said owner(s), but excluding any non-record claimants as defined in the Illinois Mortgage and Foreclosure Act who are joined as Defendants and whose interest in or lien on the mortgaged real estate is sought to be terminated and alleged to be subordinate and inferior to the mortgage of the Plaintiff:

   N/A

M.   Names of defendants claimed to be personally liable for deficiency, if any unless personal liability is discharged in a Bankruptcy proceeding or otherwise released:

   Essie J Green and Wanda Williams

N.   Capacity in which Plaintiff brings this suit: Plaintiff is the legal holder of the indebtedness.

FILED DATE: 12/27/2019 9:20 AM   2019CH14930

G.   Interest subject to the mortgage: Fee simple

H.   Amount of original indebtedness: $113,223.00

I.   Both the legal description of mortgaged real estate and the common address or other information sufficient to identify it with reasonable certainty:

(1) **Legal Description:**
   LOT 5 IN FREDERICH H. BARTLETT'S GREATER CHICAGO SUBDIVISION NUMBER 1, BEING A SUBDIVISION OF ALL THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 10, TOWNSHIP 37 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN AND ALL OF THAT PART OF THE SOUTHEAST QUARTER OF SECTION 10 LYING WEST AND ADJOINING THE CENTRAL ILLINOIS RAILROAD RIGHT OF WAY (EXCEPT THE NORTH 33, 277 ACRES THEREOF), IN COOK COUNTY, ILLINOIS.

(2) **Commonly known as:** 10129 South Indiana Avenue, Chicago, IL 60628

(3) **Permanent Index Number:** 25-10-318-010-0000

J.   <u>Statement as to defaults:</u>

Unpaid Principal:       $94,242.66
Total Balance Due:      $104,690.18
Per Diem:               $5.16
Date of Calculation:    December 19, 2019
Loan due for:  September 1, 2018.

K.   Name of present owner of the real estate: WANDA M. WILLIAMS

L.   Names of persons in addition to said owner(s), but excluding any non-record claimants as defined in the Illinois Mortgage and Foreclosure Act who are joined as Defendants and whose interest in or lien on the mortgaged real estate is sought to be terminated and alleged to be subordinate and inferior to the mortgage of the Plaintiff:

N/A

M.   Names of defendants claimed to be personally liable for deficiency, if any unless personal liability is discharged in a Bankruptcy proceeding or otherwise released:

Essie J Green and Wanda Williams

N.   Capacity in which Plaintiff brings this suit: Plaintiff is the legal holder of the indebtedness.

O. Facts in support of redemption period: Shorter than the longer of (i) 7 months from the mortgagor or, if more than one, all the mortgagors (i) have been served with summons or by publication or (II) have otherwise submitted to the jurisdiction of the court, or (ii) 3 months from the entry of the judgment of foreclosure, if sought.

The redemption period shall be determined pursuant to 735 ILCS 5/15-1603.

P. Statement that the right of redemption has been waived by all owners of redemption, if applicable:

There has been no executed waiver of redemption by all owners of redemption; however, Plaintiff alleges that it is not precluded from accepting such a waiver of redemption by the filing of this complaint.

Q. Facts in support of request for attorneys' fees and of costs and expenses:

The subject mortgage provides for payment of attorney fees, court costs, and expenses in the event of a default under the mortgage.

R. Facts in support of a request for appointment of mortgagee in possession or for appointment of receiver, and identity of such receiver, if sought:

Unless otherwise alleged, Plaintiff will pray for said relief after the filing of the instant foreclosure action by separate petition if such relief is sought.

S. Offer to mortgagor in accordance with Section 15-1402 to accept title to the real estate in satisfaction of all indebtedness and obligations secured by the mortgage without judicial sale, if sought:

No allegation of an offer is made; however, Plaintiff alleges that it is not precluded from making or accepting such offer by the filing of the instant foreclosure action.

T. The names of defendants whose right to possess the mortgaged real estate, after the confirmation of a foreclosure sale, is sought to be terminated, and if not elsewhere stated, the facts in support thereof:

Essie J Green and Wanda Williams

4. Plaintiff avers that in addition to persons designated by name herein and the Unknown Defendant herein before referred to, there are other persons, and/or non-record claimants who are interested in this action and who have or claim some right, title, interest or lien in, to or upon the real estate or some part thereof, in this Complaint described, including but not limited to the following:

Unknown Owners and Non-record Claimants, if any.

That the name of each of such person is unknown to Plaintiff and on diligent inquiry cannot be ascertained, and all such persons are therefore made party defendants to this action by the name and description of UNKNOWN OWNERS and NON-RECORD CLAIMANTS.

5.   That should a deficiency result from the foreclosure sale of the subject property, Plaintiff shall request an In Personam or an In Rem deficiency judgment, unless the defendant(s) which is/are liable on the subject mortgage note have had personal liability on said note discharged in the Bankruptcy proceeding or if said liability has been otherwise discharged or released.

6.   That should the subject property be vacant, the Plaintiff may seek to have the Court find that the property is abandoned pursuant to 735 ILCS 5/15-1505.8 and 735 ILCS 5/15-1603.

WHEREFORE, Plaintiff, J.P. MORGAN MORTGAGE ACQUISITION CORP., prays that this Honorable Court grant the following relief:

1.   A Judgment of foreclosure and sale;

2.   An order granting a shortened redemption period, if sought;

3.   A personal judgment for a deficiency, if applicable and sought, and only against parties who have not received a Chapter 7 bankruptcy discharge;

4.   An order granting possession, if sought;

5.   An order placing the mortgagee in possession or appointing a receiver, if sought;

6.   A judgment for attorneys fees, costs and expenses, if sought;

7.   For the appointment of a Selling Officer, if deemed appropriate by this court; and

8.   Such other and further relief as the Court deems just.

By: _____
Poulomi Mal (ARDC#6330071)

Potestivo & Associates, P.C.
Alexander E. Potestivo (ARDC#6327455)
Artapong Srisaard (ARDC#6298717)
M. Michael Sadie (ARDC#6305425)
Mace Wagman (ARDC#6282192)
Poulomi Mal (ARDC#6330071)
Carin Wallenberg (ARDC#6304322)
223 W Jackson Blvd, Suite 610
Chicago, IL 60606
Telephone: 312-263-0003
Main Fax: 312-263-0062

**EXHIBIT 2**

F20040081FT RLM

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust

      Plaintiff,

vs.

Essie J. Green (deceased); Wanda Williams; Samuel B. Rawls; Unknown Heirs and Legatees of Essie J Green; Unknown Owners and Non – Record Claimants

      Defendants.

CASE NO. 19 CH 14930

10129 South Indiana Avenue, Chicago, IL 60628

Robles Calendar 59

## AFFIDAVIT OF AMOUNTS DUE AND OWING

I, **Diana L. Shaner**, am a **Assistant Vice President** of Rushmore Loan Management Services LLC (hereinafter referred to as Servicer). I have personal knowledge of the facts stated herein and if called to testify as a witness, I would testify consistent with the facts stated herein. I am authorized to provide this Affidavit on behalf of the Plaintiff. The Servicer currently services a loan on behalf of the Plaintiff that originated on August 24, 2007 in the original amount of $113,223.00 that is secured by the property commonly known as 10129 South Indiana Avenue, Chicago, IL 60628 (hereafter the "Subject Loan"). In the ordinary course of my employment as a **Assistant Vice President**, my responsibilities include reviewing and analyzing the business and loan records for loans that the Servicer services. I am familiar with the Servicer's records including records concerning loans the Servicer services. In the ordinary course of business, the Servicer maintains business records and a loan file for each loan that it services, containing among other things, a loan payment history, computer generated records, and a copies of origination documents. I have access to said records as a function of my employment. I have reviewed and am familiar with the business records of the Subject Loan in connection with the execution of this affidavit, including but not limited to the records referenced above. I have personal knowledge that the records kept with respect to any mortgage loan are comprised of entries made at or near the time of the event or occurrence by persons trained and authorized to make such entries.

Rushmore Loan Management Services LLC acquired the servicing rights for the Defendant's loan on **08/01/18** from **bayview**. At the time of this transfer, the Defendant's loan was in default. The information from the records of any prior servicer has been incorporated into the business records of Servicer.

The amount due is based on my review of the following records: MSP and Payment History. A true and accurate copy of the payment history and any other document I reviewed when making this calculation is attached to this affidavit.

According to the records, a copy of the Note endorsed in blank was attached to the filed Complaint. Plaintiff has the right to foreclose.

FILED DATE: 6/29/2021 4:09 PM 2019CH14930

FILED DATE: 6/29/2021 4:09 PM    2019CH14930

The Servicer uses the following computer program/software to automatically record and track mortgage payments: MSP. The type of tracking and accounting program is recognized as standard in the industry. When a mortgage payment is received, a procedure is used to process and apply the payment, and to create the records I reviewed:

A) Authorized persons receive and credit periodic payments at or near the time of the receipt of the payment. The sources of the payments include personal checks, cashier's checks, and/or money orders; Automated Clearing House ("ACH") withdrawals from the Defendant's bank account; and/or telephonic payments.

B) Servicer utilizes its computer systems which are accessible and used by authorized persons to input and record account activity at or near the event or occurrence. The computer system automatically dates to the entries when made. It is Service's regular practice to make such records.

C) The record identifies the transaction type. If the record relates to the application of a payment or disbursement it will itemize the amounts applied. The computer system will then automatically calcite running account totals in order that all account balances can be accurately reproduced. To the best of my knowledge, the computer system tracks and calculates information consistent with regulatory requirements.

The records that I reviewed are made in the regular course of the Servicer's business. In the case at bar, the entries reflecting the Defendant's payments were made in accordance with the procedure detailed above, and these entries were made at or near the time that the payments were received. The computer system accurately records mortgage payments when properly operated. In the instant case, the software and computer system properly operated to accurately record the mortgage payments made for this loan.

Based on the foregoing, Wanda Williams, Essie J. Green (deceased) failed to pay amounts due under the Note, and the amount due and owing as of **March 26, 2021** is:

| | |
|---|---|
| Principal Balance | $94,242.66 |
| Interest from August 1, 2018 to March 26, 2021 Per diem interest accrues at a rate of $5.16. | $4,998.27 |
| Late Charges | $13.06 |
| Real Estate Taxes | $3.941.50 |
| Hazard Insurance | $4,990.08 |
| Property Inspection | $412.50 |
| Appraisal/BPO | $137.00 |
| Prior Firm FC Fees and Costs | $3,838.88 |
| Bankruptcy Fees and Costs | $9,219.65 |
| GROSS TOTAL | $121,793.60 |
| Credits Suspense Balance | ($658.72) |

FILED DATE: 6/29/2021 4:09 PM 2019CH14930

**TOTAL** $121,134.88

AFFIANT STATES NOTHING MORE.

U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
By Rushmore Loan Management Services LLC
Its Appointed Attorney In Fact

BY: _____
  Affiant  **Diana L. Shaner**
         Assistant Vice President

A notary public or other officer completing this certificate certifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of  **TEXAS**

County of  **DALLAS**

Subscribed and sworn to (or affirmed) before me on this ____ day of _____ 20__, by **Diana L. Shaner**

Assistant Vice President

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary: _____

*[Notary seal: ARTHUR R. FINLEY III, NOTARY PUBLIC, STATE OF TEXAS, ID# 128178041, EXPIRES 3-1-2022]*

F20040081FT RLM

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

U.S. Bank, National Association as Legal
Title Trustee for Truman 2016 SC6 Title
Trust

      Plaintiff,

vs.

Essie J. Green (deceased); Wanda Williams;
Samuel B. Rawls; Unknown Heirs and
Legatees of Essie J Green; Unknown Owners
and Non – Record Claimants

      Defendants.

CASE NO.  19 CH 14930

10129 South Indiana Avenue, Chicago, IL
60628
Robles Calendar 59

### ORDER

    THIS MATTER coming before the Court on Plaintiff's Motion for Default Judgment,
Plaintiff appearing through counsel via Zoom, and Defendants failing to appear by 2:08pm, and
the Court being duly advised in the premises, IT IS HEREBY ORDERED:

1.  Plaintiff's Motion for Default Judgment is withdrawn as moot;

2.  Wanda Williams Answer and Affirmative Defenses filed August 16, 2021 is deemed
    timely filed and allowed to stand.

Dated: _____

Entered: _____

                 *Edward Robles*

                        Judge

Prepared By:
DIAZ ANSELMO LINDBERG, LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563
(P) 630-983-0770
(F) 630-983-1487
Cook County Atty. No. 64727

DISTRICT 1

# CASE SUMMARY
## CASE NO. 2019CH14930

| | | |
|---|---|---|
| **J.P. MORGAN MORTGAGE ACQU-vs-ESSIE GREEN,WANDA WILLIAMS,RECORD NON** | §<br>§<br>§<br>§<br>§<br>§<br>§ | Location: **District 1**<br>Judicial Officer: **Calendar, 59**<br>Filed on: **12/27/2019**<br>Cook County Attorney **43932**<br>Number:<br>**64727** |

---

### CASE INFORMATION

Case Type: **Owner Occupied Single-Family Home/Condo**

Case Status: **12/27/2019 Pending**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2019CH14930 |
| Court | District 1 |
| Date Assigned | 12/27/2019 |
| Judicial Officer | Calendar, 59 |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **J.P. MORGAN MORTGAGE ACQU** | **DIAZ ANSELMO LINDBERG LLC**<br>*Retained*<br>630-453-6960(H) |
| **Defendant** | **GREEN, ESSIE** | |
| | **NON, RECORD CLAIMANTS UNKN** | |
| | **WILLIAMS, WANDA** | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 12/27/2019 | New Case Filing | |
| 12/27/2019 | Owner Occupied Single Family Home Or Condominium - Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC<br>*Litigant: GREEN ESSIE*<br>*Filing Fee: $438.00* | |
| 12/27/2019 | Affidavit Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC | |
| 12/27/2019 | Certificate Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC | |
| 12/27/2019 | Certificate Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC | |

*Printed on 04/12/2022 at 2:42 PM*

DISTRICT 1

# CASE SUMMARY
## CASE NO. 2019CH14930

| | |
|---|---|
| 12/27/2019 | Summons Issued And Returnable<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC |
| 12/27/2019 | Case Set On Case Management Call (Judicial Officer: Robles, Edward N )<br>Date 2: 02/25/2020<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC<br>*Court Room: 2801*<br>*Court Time: 1000* |
| 01/14/2020 | Affidavit Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC |
| 01/14/2020 | Affidavit Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC |
| 01/27/2020 | Affidavit Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC |
| 02/07/2020 | Proof Of Service Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC |
| 02/11/2020 | Notice Of Hearing Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC |
| 02/25/2020 | Case Continued For Case Management Conference-Allowed (Judicial Officer: King, Edward J. )<br>Date 2: 04/27/2020<br>*Plaintiff: J.P. MORGAN MO RTGAGE ACQ*<br>*Court Room: 2801*<br>*Court Time: 1000* |
| 03/04/2020 | Motion Scheduled (Motion Counter Only)<br>Date 2: 03/25/2020<br>*Court Time: 1000* |
| 03/04/2020 | Motion Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC |
| 03/10/2020 | Notice Of Motion Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney POTESTIVO&ASSOCIATES PC |
| 03/16/2020 | Order of Court Continuance COVID-19 Closure (Judicial Officer: Robles, Edward N )<br>Date 2: 04/30/2020<br>*Plaintiff: J.P. MORGAN MO TGAGE ACQU*<br>*Court Room: 2801*<br>*Court Time: 1000* |
| 03/17/2020 | Exhibits Filed |

*Printed on 04/12/2022 at 2:42 PM*

DISTRICT 1

# CASE SUMMARY
## CASE NO. 2019CH14930

Party: Defendant WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

03/17/2020    E-Filing Exemption - Filed
Party: Defendant WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

03/17/2020    Notice Of Filing Filed
Party: Defendant WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

03/17/2020    Objections Filed
Party: Defendant WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

03/25/2020    Postcard Generated (Judicial Officer: Robles, Edward N )
Party: Plaintiff J.P. MORGAN MORTGAGE ACQU
Party 2: Attorney POTESTIVO&ASSOCIATES PC

03/25/2020    Order of Court Continuance COVID-19 Closure (Judicial Officer: Robles, Edward N )
Date 2: 07/15/2020
Party: Plaintiff J.P. MORGAN MORTGAGE ACQU
*Court Room: 2801*
*Court Time: 1000*

06/02/2020    Postcard Generated (Judicial Officer: Robles, Edward N )
Party: Plaintiff J.P. MORGAN MORTGAGE ACQU
Party 2: Attorney POTESTIVO&ASSOCIATES PC

07/15/2020    Strike From The Call - Allowed - (Judicial Officer: Robles, Edward N )
Date 2: 07/15/2020
*Plaintiff: J.P. MORGAN MO RTGAGE ACQ*
*Court Room: 2801*

07/15/2020    Case Continued For Case Management Conference-Allowed (Judicial Officer: Robles, Edward N )
Date 2: 09/09/2020
*Plaintiff: J.P. MORGAN MO RTGAGE ACQ*
*Court Room: 2801*
*Court Time: 1000*

07/15/2020    Case Assigned to Remote Video Proceeding - Allowed (Judicial Officer: Robles, Edward N )
Date 2: 09/09/2020
*Plaintiff: J.P. MORGAN MO RTGAGE ACQ*
*Court Room: 2801*

07/15/2020    Agreement to Participate in Remote Video Proceedings - Filed (Judicial Officer: Robles, Edward N )
*Plaintiff: J.P. MORGAN MO RTGAGE ACQ*
*Court Room: 2801*

09/09/2020    Case Continued For Case Management Conference-Allowed (Judicial Officer: Robles, Edward N )

DISTRICT 1

# CASE SUMMARY
## CASE NO. 2019CH14930

|  |  |
|---|---|
|  | Date 2: 11/10/2020<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>*Court Time: 1000* |
| 09/09/2020 | Case Assigned to Remote Video Proceeding - Allowed (Judicial Officer: Robles, Edward N )<br>Date 2: 11/10/2020<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>*Court Time: 1000* |
| 09/09/2020 | Agreement to Participate in Remote Video Proceedings - Filed (Judicial Officer: Robles, Edward N )<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU |
| 03/03/2021 | Appearance Filed - No Fee Paid -<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 03/03/2021 | Motion Scheduled (Motion Counter Only)<br>Date 2: 03/22/2021<br>*Court Time: 1000* |
| 03/03/2021 | Substitute Attorney(Set For Motion Hearing)<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 03/03/2021 | Notice Of Filing Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 03/03/2021 | Motion Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 03/03/2021 | Substitution Of Attorney Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 03/16/2021 | Motion To Dismiss Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 03/17/2021 | Objections Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 03/22/2021 | Substitute Party - Allowed - (Judicial Officer: Robles, Edward N )<br>*Plaintiff: J.P. MORGAN MO RTGAGE ACQ*<br>*Court Room: 2801* |
| 03/22/2021 | Substitute Party - Allowed - (Judicial Officer: Robles, Edward N )<br>*Plaintiff: J.P. MORGAN MO RTGAGE ACQ*<br>*Court Room: 2801* |
| 03/22/2021 |  |

*Printed on 04/12/2022 at 2:42 PM*

DISTRICT 1

# CASE SUMMARY
## CASE NO. 2019CH14930

|  |  |
|---|---|
|  | *Attorney Code: 99500* |
|  | *Attorney Name: PRO SE* |

| 04/13/2021 | Motion Scheduled (Motion Counter Only) |
|---|---|
|  | Date 2: 04/27/2021 |
|  | Party: Defendant GREEN, ESSIE |
|  | *Attorney Code: 99500* |
|  | *Attorney Name: PRO SE* |
|  | *Court Time: 0200* |

| 04/13/2021 | Exhibits Filed |
|---|---|
|  | Party: Defendant WILLIAMS, WANDA |
|  | *Attorney Code: 99500* |
|  | *Attorney Name: PRO SE* |

| 04/13/2021 | Exhibits Filed |
|---|---|
|  | Party: Defendant WILLIAMS, WANDA |
|  | *Attorney Code: 99500* |
|  | *Attorney Name: PRO SE* |

| 04/13/2021 | Exhibits Filed |
|---|---|
|  | Party: Defendant WILLIAMS, WANDA |
|  | *Attorney Code: 99500* |
|  | *Attorney Name: PRO SE* |

| 04/13/2021 | E-Filing Exemption - Filed |
|---|---|
|  | Party: Defendant GREEN, ESSIE |
|  | *Attorney Code: 99500* |
|  | *Attorney Name: PRO SE* |

| 04/13/2021 | Amended Notice Filed |
|---|---|
|  | Party: Defendant WILLIAMS, WANDA |
|  | *Attorney Code: 99500* |
|  | *Attorney Name: PRO SE* |

| 04/13/2021 | Notice Of Motion Filed |
|---|---|
|  | Party: Defendant GREEN, ESSIE |
|  | *Attorney Code: 99500* |
|  | *Attorney Name: PRO SE* |

| 04/13/2021 | Proof Of Service Filed |
|---|---|
|  | Party: Defendant GREEN, ESSIE |
|  | *Attorney Code: 99500* |
|  | *Attorney Name: PRO SE* |

| 04/13/2021 | Request Filed |
|---|---|
|  | Party: Defendant WILLIAMS, WANDA |
|  | *Attorney Code: 99500* |
|  | *Attorney Name: PRO SE* |

| 04/13/2021 | Objections Filed |
|---|---|
|  | Party: Defendant WILLIAMS, WANDA |
|  | *Attorney Code: 99500* |
|  | *Attorney Name: PRO SE* |

| 04/13/2021 | Motion Filed |
|---|---|

DISTRICT 1

# CASE SUMMARY
## CASE NO. 2019CH14930

Party: Defendant GREEN, ESSIE
*Attorney Code: 99500*
*Attorney Name: PRO SE*

| | |
|---|---|
| 04/14/2021 | Exhibits Filed |
| | Party: Defendant WILLIAMS, WANDA |
| | *Attorney Code: 99500* |
| | *Attorney Name: PRO SE* |

04/14/2021 — E-Filing Exemption - Filed
Party: Defendant WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

04/14/2021 — Notice Of Motion Filed
Party: Defendant WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

04/14/2021 — Proof Of Service Filed
Party: Defendant WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

04/14/2021 — Motion Filed
Party: Defendant WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

04/20/2021 — Motion Scheduled (Motion Counter Only)
Date 2: 05/04/2021
Party: Defendant GREEN, ESSIE
*Attorney Code: 99500*
*Attorney Name: PRO SE*
*Court Time: 0200*

04/20/2021 — Exhibits Filed
Party: Defendant GREEN, ESSIE
*Attorney Code: 99500*
*Attorney Name: PRO SE*

04/20/2021 — E-Filing Exemption - Filed
Party: Defendant GREEN, ESSIE
*Attorney Code: 99500*
*Attorney Name: PRO SE*

04/20/2021 — Notice Of Motion Filed
Party: Defendant GREEN, ESSIE
*Attorney Code: 99500*
*Attorney Name: PRO SE*

04/20/2021 — Proof Of Service Filed
Party: Defendant GREEN, ESSIE
*Attorney Code: 99500*
*Attorney Name: PRO SE*

*Printed on 04/12/2022 at 2:42 PM*

DISTRICT 1

# CASE SUMMARY
## CASE NO. 2019CH14930

| | |
|---|---|
| 04/20/2021 | Motion Filed<br>Party: Defendant GREEN, ESSIE<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 04/27/2021 | E-Filing Exemption - Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 04/27/2021 | Notice Of Motion Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 04/27/2021 | Motion Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/03/2021 | Affidavit Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/03/2021 | Exhibits Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/03/2021 | Exhibits Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/03/2021 | Exhibits Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/03/2021 | Exhibits Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/03/2021 | Exhibits Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/03/2021 | Exhibits Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/03/2021 | Exhibits Filed |

DISTRICT 1

# CASE SUMMARY
## CASE NO. 2019CH14930

Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

05/03/2021    Exhibits Filed
Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

05/03/2021    Exhibits Filed
Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

05/03/2021    Exhibits Filed
Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

05/03/2021    Exhibits Filed
Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

05/03/2021    Exhibits Filed
Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

05/03/2021    Exhibits Filed
Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

05/03/2021    Exhibits Filed
Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

05/03/2021    Exhibits Filed
Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

05/03/2021    Stipulation Filed
Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

05/03/2021    Stipulation Filed
Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

05/03/2021    Stipulation Filed
Party: Defendant  WILLIAMS, WANDA

*Printed on 04/12/2022 at 2:42 PM*

DISTRICT 1

# CASE SUMMARY
## CASE NO. 2019CH14930

|  |  |
|---|---|
| | *Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/03/2021 | 📄 Stipulation Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/03/2021 | 📄 Stipulation Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/03/2021 | 📄 Emergency Motion Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/04/2021 | 📄 File Appearance Or Jury Demand, Answer Or Plead - Allowed - (Judicial Officer: Robles, Edward N )<br>*Plaintiff: J.P. MORGAN MO RTGAGE ACQ*<br>*Court Room: 2801* |
| 05/04/2021 | 📄 File Appearance Or Jury Demand, Answer Or Plead - Allowed - (Judicial Officer: Robles, Edward N )<br>Party: Defendant GREEN, ESSIE<br>*Court Room: 2801* |
| 05/04/2021 | 📄 Courts Motion This Case Is Taken Under Advisement (Judicial Officer: Robles, Edward N )<br>Party: Defendant GREEN, ESSIE<br>*Court Room: 2801* |
| 05/07/2021 | 📄 Strike Or Withdraw Motion Or Petition - Allowed - (Judicial Officer: Robles, Edward N )<br>Party: Defendant GREEN, ESSIE<br>*Court Room: 2801* |
| 05/07/2021 | 📄 Strike Or Vacate An Order - Allowed - (Judicial Officer: Robles, Edward N )<br>*Plaintiff: J.P. MORGAN MO TGAGE ACQU*<br>*Court Room: 2801* |
| 05/07/2021 | 📄 Motion To - Denied - (Judicial Officer: Robles, Edward N )<br>Party: Defendant GREEN, ESSIE<br>*Court Room: 2801* |
| 05/27/2021 | 📄 Summary Judgment(Set For Motion Hearing)<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/27/2021 | 📄 Exhibits Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 05/27/2021 | 📄 Exhibits Filed |

# CASE SUMMARY
## CASE NO. 2019CH14930

Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

| | |
|---|---|
| 05/27/2021 | Exhibits Filed |

Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

| | |
|---|---|
| 05/27/2021 | Exhibits Filed |

Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

| | |
|---|---|
| 05/27/2021 | Exhibits Filed |

Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

| | |
|---|---|
| 05/27/2021 | Motion Filed |

Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

| | |
|---|---|
| 05/27/2021 | Motion Filed |

Party: Defendant  WILLIAMS, WANDA
*Attorney Code: 99500*
*Attorney Name: PRO SE*

| | |
|---|---|
| 06/01/2021 | Motion Scheduled (Motion Counter Only) |

Date 2: 06/15/2021
Party: Defendant  GREEN, ESSIE
*Attorney Code: 99500*
*Attorney Name: PRO SE*
*Court Time: 0200*

| | |
|---|---|
| 06/01/2021 | Summary Judgment(Set For Motion Hearing) |

Party: Defendant  GREEN, ESSIE
*Attorney Code: 99500*
*Attorney Name: PRO SE*

| | |
|---|---|
| 06/01/2021 | E-Filing Exemption - Filed |

Party: Defendant  GREEN, ESSIE
*Attorney Code: 99500*
*Attorney Name: PRO SE*

| | |
|---|---|
| 06/01/2021 | Notice Of Motion Filed |

Party: Defendant  GREEN, ESSIE
*Attorney Code: 99500*
*Attorney Name: PRO SE*

| | |
|---|---|
| 06/01/2021 | Proof Of Service Filed |

Party: Defendant  GREEN, ESSIE
*Attorney Code: 99500*
*Attorney Name: PRO SE*

*Printed on 04/12/2022 at 2:42 PM*

DISTRICT 1

# CASE SUMMARY
## CASE NO. 2019CH14930

| | |
|---|---|
| 06/01/2021 | Motion Filed<br>Party: Defendant GREEN, ESSIE<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 06/15/2021 | File Appearance Or Jury Demand, Answer Or Plead - Allowed - (Judicial Officer: Robles, Edward N )<br>Date 2: 06/29/2021<br>*Plaintiff: J.P. MORGAN MO RTGAGE ACQ*<br>*Court Room: 2801* |
| 06/15/2021 | File Appearance Or Jury Demand, Answer Or Plead - Allowed - (Judicial Officer: Robles, Edward N )<br>Date 2: 07/13/2021<br>Party: Defendant GREEN, ESSIE<br>*Court Room: 2801* |
| 06/15/2021 | Courts Motion This Case Is Taken Under Advisement (Judicial Officer: Robles, Edward N )<br>Party: Defendant GREEN, ESSIE<br>*Court Room: 2801* |
| 06/29/2021 | Answer/Response/Reply<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 06/29/2021 | Notice Of Filing Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 07/08/2021 | Appellate Court Mandate - Appeal Dismissed (Judicial Officer: Appellate, Court )<br>*Plaintiff: J.P. MORGAN MO TGAGE ACQU*<br>*Court Room: 2403* |
| 07/12/2021 | Affidavit Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 07/12/2021 | E-Filing Exemption - Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 07/12/2021 | Answer/Response/Reply<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 07/12/2021 | Notice Of Motion Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 07/12/2021 | Notice Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500* |

*Printed on 04/12/2022 at 2:42 PM*

**DISTRICT 1**

## CASE SUMMARY
### CASE NO. 2019CH14930

|  |  |
|---|---|
|  | *Attorney Name: PRO SE* |
| 07/23/2021 | Motion Scheduled (Motion Counter Only)<br>Date 2: 08/17/2021<br>Party: Defendant GREEN, ESSIE<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE*<br>*Court Time: 0200* |
| 07/23/2021 | Exhibits Filed<br>Party: Defendant GREEN, ESSIE<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 07/23/2021 | Notice Of Motion Filed<br>Party: Defendant GREEN, ESSIE<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 07/23/2021 | Proof Of Service Filed<br>Party: Defendant GREEN, ESSIE<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 07/23/2021 | Motion Filed<br>Party: Defendant GREEN, ESSIE<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 08/03/2021 | Motion Scheduled (Motion Counter Only)<br>Date 2: 09/08/2021<br>*Court Time: 0200* |
| 08/03/2021 | Appt. Selling Officer(Set For Motion Hearing)<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 08/03/2021 | Default(Set For Motion Hearing)<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 08/03/2021 | Dismiss Party(Set For Motion Hearing)<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 08/03/2021 | Judg. Of Foreclosure & Sale(Set For Motion Hearing)<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 08/03/2021 | Affidavit As To Military Service Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 08/03/2021 | Certificate Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 08/03/2021 | Notice Of Motion Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU |

*Printed on 04/12/2022 at 2:42 PM*

**DISTRICT 1**

# CASE SUMMARY
## CASE NO. 2019CH14930

| | |
|---|---|
| | Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 08/31/2021 | Motion Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 09/08/2021 | Strike Or Withdraw Motion Or Petition - Allowed - (Judicial Officer: Robles, Edward N )<br>*Plaintiff: J.P. MORGAN MO RTGAGE ACQ*<br>*Court Room: 2801* |
| 09/24/2021 | Exhibits Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 09/24/2021 | E-Filing Exemption - Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 09/24/2021 | Notice Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 09/24/2021 | Notice Of Filing Filed<br>Party: Defendant WILLIAMS, WANDA<br>*Attorney Code: 99500*<br>*Attorney Name: PRO SE* |
| 09/28/2021 | Affidavit For Service By Publication Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>*Attorney Code: 18837*<br>*Attorney Name: NEVEL IRA T* |
| 10/18/2021 | Answer/Response/Reply<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |
| 10/18/2021 | Notice Of Filing Filed<br>Party: Plaintiff J.P. MORGAN MORTGAGE ACQU<br>Party 2: Attorney DIAZ ANSELMO LINDBERG LLC |

**EXHIBIT G**

FILED
9/28/2021 1:15 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2019CH14930

14992464

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CH1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-CH1,

Plaintiff(s),

vs.

UNKNOWN HEIRS OF JOSEPH THOMAS COLLINS, JR., SOUTH COMMONS PHASE I CONDOMINIUM, MARY SCALES, DAMON RITENHOUSE AS SPECIAL REPRESENTATIVE, UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,

Defendant(s).

Case No. 19 CH 14903

3021 S. MICHIGAN AVE., UNIT 207
CHICAGO, IL 60616

## AFFIDAVIT FOR SERVICE BY PUBLICATION

The undersigned Attorney, on oath, states as to the Defendants, UNKNOWN HEIRS OF JOSEPH THOMAS COLLINS, JR., NONRECORD CLAIMANTS and UNKNOWN OWNERS:

1. Defendant (check off ONE of the following):
____ resides outside the State so that process cannot be served upon Defendant.
____ has gone out of the State so that process cannot be served upon Defendant.
_X_ on due inquiry, cannot be found so that process cannot be served upon Defendant.
____ is concealed within the State so that process cannot be served upon Defendant.

2. Defendant's last known place of residence (check off ONE of the following):
_X_ is 3021 S. MICHIGAN AVE., UNIT 207, CHICAGO, IL 60616, for UNKNOWN HEIRS OF JOSEPH THOMAS COLLINS, JR.
____ upon diligent inquiry, cannot be ascertained and his/her last known place of residence is UNKNOWN for NONRECORD CLAIMANTS and UNKNOWN OWNERS.

/s/ Ira T. Nevel
LAW OFFICES OF IRA T. NEVEL, LLC.,
BY ONE OF ITS ATTORNEYS

This document was electronically signed at 1:09 p.m. on September 28, 2021.

The undersigned attorney, under penalties of perjury pursuant to 735 ILCS 5/1-109, certified that the statements in this document are true and correct.

/s/ Ira T. Nevel
This document was electronically signed at 1:09 p.m. on September 28, 2021.

Attorney No. 18837
LAW OFFICES OF IRA T. NEVEL, LLC
Attorney for Plaintiff
175 North Franklin St. Suite 201
Chicago, Illinois 60606
(312) 357-1125
Pleadings@nevellaw.com  # 19-05545